# Ostrolenk Faber LLP
*Intellectual Property Law*

845 Third Avenue
New York, New York 10022
212.596.0500
Fax 212.382.0888
www.ostrolenk.com
email@ostrolenk.com

**Partners**
Robert C. Faber
Max Moskowitz
William O. Gray, III
Kourosh Salehi**
Michael F. Hurley
Charles C. Achkar

**Attorneys**
James A. Finder
George Brieger
Mark A. Farley
Marian E. Fundytus
Paul Grandinetti*
Ariel S. Peikes

**Jurisdictions**
*DC Bar
**DC & CT Bars

January 12, 2022

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

    Re:   *Noble Security, Inc., et al. v. ACCO Brands Corporation*
           Civil Action No.: 16-cv-09129 (PGG)(GWG)

Dear Judge Gardephe:

We represent Plaintiffs, Noble Security, Inc. and Meir Avganim (collectively, "Noble"). We write to request adjournment of the telephonic conference scheduled for January 14, 2022, at 11am.  As an alternative date, Noble proposes January 21, 2022.

This is the first request for an adjournment. Noble's counsel, Max Moskowitz is presently away on vacation and will return on January 20. Defendant ACCO Brands' counsel consents to this request.

Other dates will not be impacted by the adjournment.

           Respectfully submitted,

           OSTROLENK FABER LLP
           /s/*Ariel Peikes*
           Max Moskowitz
           Ariel Peikes

           *Attorneys for Plaintiffs, Noble Security, Inc. et al.*

cc: Counsel for ACCO Brands Corporation (via ECF)

{02724180.1}

**MEMO ENDORSED**:
The application is granted. The conference currently scheduled on January 14, 2022 is adjourned to **January 21, 2022 at 11:00 a.m.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: January 12, 2022