UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOBLE SECURITY, INC. and MEIR AVGANIM,

                Plaintiffs,

- against -

ACCO BRANDS CORPORATION,

                Defendant.

**ORDER**

16 Civ. 9129 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

       As discussed at today's conference, by **January 28, 2022**, the parties will file a joint submission addressing the following: (1) a proposed case management plan for completing discovery, a standard form of which is available on the Court's website; (2) expected motion practice; and (3) the prospect for settlement, including whether both sides believe that a settlement conference before the assigned magistrate judge – Judge Gorenstein – might be productive.

Dated: New York, New York
          January 21, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge