UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOBLE SECURITY, INC. and MEIR AVGANIM,<br><br>                    Plaintiffs,<br><br>- against -<br><br>ACCO BRANDS CORPORATION,<br><br>                    Defendant. | **ORDER**<br><br>16 Civ. 9129 (PGG) (GWG) |

PAUL G. GARDEPHE, U.S.D.J.:

    The status conference scheduled for August 25, 2022, is adjourned sine die.

Dated: New York, New York
    August 8, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge