UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOBLE SECURITY, INC. and MEIR AVGANIM,

                Plaintiffs,

- against -

ACCO BRANDS CORPORATION,

                Defendant.

**ORDER**

16 Civ. 9129 (PGG) (GWG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the following schedule will apply to Plaintiffs' Defendant's motions for summary judgment:

1. Moving papers are due on **February 16, 2024**;

2. Opposition papers are due on **March 15, 2024**; and

3. Reply papers, if any, are due on **March 29, 2024**.

    The Clerk of the Court is directed to terminate the motions.  (Dkt. Nos. 132, 133)

Dated: New York, New York
        January 18, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge