# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOBLE SECURITY, INC. AND MEIR AVGANIM,<br><br>    Plaintiffs and Counterclaim-Defendants<br><br>v.<br><br>ACCO BRANDS CORP.,<br><br>    Defendants and Counterclaim-Plaintiffs. | C.A. No. 16-9129 (PGG)(GWG) |

## ORDER TO EXTEND TIME

IN ACCORDANCE WITH THE JOINT STIPULATION AND AGREEMENT of Plaintiffs and Counterclaim-Defendants Noble Security, Inc. and Meir Avganim and Defendant and Counterclaim-Plaintiff ACCO Brands Corp., the deadlines for the schedule for briefing the parties' motions for summary judgment are extended as follows:

1. Moving Papers would be due on **March 29, 2024**.
2. Opposition Papers would be due on **April 26, 2024**.
3. Reply Papers would be due on **May 17, 2024**.

IT IS HEREBY ORDERED this 31st day of January, 2024.

_____
Paul G. Gardephe
United States District Judge