USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOBLE SECURITY, INC. and MEIR AVGANIM,

                    Plaintiffs,

-against-

ACCO BRANDS CORPORATION,

                    Defendant.

16-CV-09129 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the previously ordered summary judgment briefing schedule, *see* Dkt. No. 138.

    All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 14, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge