UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NOBLE SECURITY, INC. et al.,                              :

                                                         :     ORDER
                           Plaintiffs,                                            16 Civ. 9129 (MMG) (GWG)

      -v.-

ACCO BRANDS CORPORATION

                      Defendants.
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      A pre-trial conference in this matter is scheduled for Wednesday, November 6, 2024, at 3:30 p.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York, 10007. The Court will not hear "oral argument" on the pending motions as that term is normally understood. Instead, the Court asks that the parties bring the devices at issue to the conference to demonstrate their features to the Court as they relate to the arguments made in the motions for summary judgment. While the parties will be expected to explain in summary fashion how their arguments relate to those features, the Court will not be questioning the parties on any statements in their briefs or on any case law.

      To bring the subject devices (as well as any personal device) into the Courthouse, the parties will need to submit an "Electronic Device Order" as described in paragraph 1.G of the Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein)

      This conference is the only matter scheduled for this date and time. The parties must plan to arrive early so as to ensure that the conference begins on time.

      Upon receipt of this order each party is directed to ensure that all other parties on the case are aware of the conference date and time. In accordance with paragraph 1. F of this Court's Individual Practices, any requests for an adjournment must be made in writing as soon as the need to adjourn is known. Prior to making such a request, the party should contact Chambers at (212) 805-0468 to determine an alternative date for which the Court is available for a rescheduled conference. The written application for an adjournment must include a statement as to all other parties' positions on the change in conference date and must propose an alternative date, as provided by Chambers, to which all parties are agreeable.

      SO ORDERED.

Dated: October 29, 2024
       New York, New York

                                                                       GABRIEL W. GORENSTEIN
                                                                       United States Magistrate Judge