UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
NOBLE SECURITY, INC. and MEIR
AVGANIM,                                                               :

    Plaintiffs and Counter-Defendants,   :
                                                      ORDER TO MODIFY SEALED
                                               :         VIEWING LEVEL

     -against-

                                             :        16 Civ. 9129 (PGG) (GWG)
ACCO BRANDS CORPORATION,
                                             :
    Defendant and Counter-Claimant.
-------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      For the reasons stated in the defendant's letter (Docket # 191), the Court finds it appropriate to redact certain information from Docket # 163-12 and to unseal any other documents filed in support of the summary judgment motion that were originally filed under seal.

      Accordingly, the Clerk is requested to modify the viewing level of Docket ## 153, 154, 155, 156, 160, 164, and 171 including all attachments to the public viewing level.

      The Clerk is requested to maintain the sealing of Docket # 163-12. However, the Clerk is requested to modify the viewing level of Docket # 163 and its attachments <u>with the exception of the attachment docketed at # 163-12</u> to the public viewing level.

      SO ORDERED.

Dated: March 3, 2025

      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge