UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOBLE SECURITY, INC. et al.,                         :

                                                     :         <u>ORDER</u>
                           Plaintiffs,

                                                     :         16 Civ. 9129 (MMG) (GWG)
        -v.-
                                                     :

ACCO BRANDS CORPORATION                              :

                                                     :
                           Defendant.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Oral argument on the pending motions for summary judgment will take place via video (TEAMS) on Monday, March 17, 2025, at 2:30 p.m.  The Court will email the attorneys with the information to connect to the proceeding.  The public may attend by dialing 646-453-4442 and using access code: 264 935 253# .  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

      Each attorney is directed to ensure that all other parties on the case are aware of the oral argument date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at https://www.nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated: March 10, 2025
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge