# EISENBERG & CARTON
ATTORNEYS AT LAW
405 RXR PLAZA
UNIONDALE, NEW YORK 11556
TELEPHONE (516) 221-3700
FACSIMILE (516) 977-3337

October 1, 2025

**BY ECF**

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re: Noble Security, Inc. and Meir Avganim,
v. Acco Brands Corporation
SDNY, Case No. 1:16-cv-09129-MMG-GWG

Dear Judge Garnet:

Yesterday I filed a Notice of Appearance on behalf of Plaintiffs Meir Avganim and Noble Security, Inc. Going forward, I will be assisting Plaintiffs' attorney Max Moskowitz of Ostrolenk Faber LLP with this case.

Mr. Moskowitz has asked me to further evaluate and likely prepare a motion for reconsideration with respect to certain determinations of the Court's September 19, 2025, Opinion and Order. Pursuant to Local Rule 6.3 that motion currently must be filed this Friday, October 3, 2025 (the day after tomorrow). With the consent of Defendant's attorneys I request a one week extension of that deadline, to Friday, October 10, 2025. No prior request has been made for an extension of that deadline, and the extension of that deadline will not affect any other scheduled date for this case.

Pursuant to Your Honor's Individual Rules and Practices (Rule I(B)(5)) I further state that the reasons for this request are: (a) the time that it will take me to consider and, if appropriate, prepare such a motion, (b) the fact that I cannot work from sundown today to sundown on tomorrow due to the Jewish holiday, and (c) Ostrolenk Faber's server currently is down due to a cyberattack, which may limit Mr. Moskowitz's ability to assist me.

Thank you for Your Honor's consideration.

Respectfully submitted,

/s/ Lloyd M. Eisenberg

Lloyd M. Eisenberg

cc: Counsel of Record (by ECF)

GRANTED. Plaintiffs' deadline to file a motion for reconsideration is EXTENDED until **October 10, 2025**.

SO ORDERED. Dated October 2, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE