# WILLKIE FARR & GALLAGHER LLP

Craig C. Martin
300 North LaSalle
Chicago, IL 60654-3406
Tel: 312 728 9000
Fax: 312 728 9199
CMartin@willkie.com

October 2, 2025

**VIA ECF**

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall
United State Courthouse
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Noble Security, Inc., et al. v. ACCO Brands Corporation*, No. 16-cv-09129-MMG-GWG
      Request for Adjournment of Pre-Trial Conference

Dear Judge Garnett,

      This firm represents Defendant ACCO Brands Corporation ("Defendant"), in connection with the above-referenced matter. Defendant files this letter-motion in response to the Court's September 19, 2025 Order setting a pre-trial conference for 9:30am ET on Thursday, October 30, 2025. (Docket No. 216.) Defendant respectfully requests adjournment of this conference until Thursday November 6, 2025 at 9:30 am Eastern Time. Lead counsel for Defendants are unavailable due to conflicting professional obligations on the currently noticed date.

      Specifically, lead counsel makes this request because he is previously scheduled to present the inaugural Michael Babbitt Mentorship Award on the afternoon of October 30 in our Chicago offices. Mr. Babbitt, who was previously counsel of record in this case, was tragically killed earlier this year in a hit and run pedestrian accident while in Kansas City for a patent trial. Several of his colleagues were present at that trial as well, including Mr. Martin and Mr. Thomas, who are counsel in this case.

      If Defendant's proposed alternate date of November 6, 2025 is acceptable to the Court, Defendant respectfully requests the Court adjourn the pre-trial conference to that date. Counsel for Plaintiffs has confirmed that November 6 is acceptable to them. However, if the alternate date does not work with the Court's schedule, lead counsel will participate in the conference at the currently-scheduled date and time and will attempt to return to Chicago in time for the award presentation.

      Defendant has not made any prior requests for an extension of this conference. Counsel for Plaintiff, Max Moskowitz, has stated that Plaintiffs do not oppose this request. The requested adjournment does not affect any other scheduled dates in this matter.

We thank the Court for its consideration of this request.

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP
*Attorneys for Defendant*

/s/ *Craig C. Martin*
Craig C. Martin
300 North LaSalle
Chicago, IL 60654-3406
(312) 728-9050
cmartin@willkie.com

*Attorney for Defendant and Counterclaim-plaintiff ACCO Brands Corp.*

cc:   Counsel of Record (*via* ECF)

---

GRANTED. The conference previously scheduled for October 30, 2025 is ADJOURNED until **November 6, 2025** at **9:30 AM**.

SO ORDERED. Dated October 3, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE