```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOBLE SECURITY INC.,

                Plaintiff,

-against-

ACCO BRANDS CORP.,

                Defendant.

16-CV-09129 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    On November 6, 2025, the parties appeared for a conference with the Court to address (i) Plaintiff's Motion for Reconsideration of the Court's September 19, 2025 Opinion and Order, and (ii) pre-trial logistics and scheduling. *First*, for the reasons set forth on the record at the November 6, 2025 conference, the Motion for Reconsideration is DENIED. *Second*, as discussed at the conference, the schedule for pre-trial submissions and events is as follows:

### Pre-Trial Submissions and Events

| Submission or Event | Date |
|---|---|
| Joint letter setting forth agreed-upon dates for the exchange of updated damages spreadsheets and expert damages calculations | November 20, 2025 |
| Motion to strike briefing | *Defendant's Brief*: November 21, 2025<br>*Plaintiff's Opposition*: December 12, 2025<br>*Defendant's Reply*: December 19, 2025 |
| Pre-trial motions related to expert testimony | *Opening Brief(s)*: March 6, 2026<br>*Opposition Brief(s)*: March 25, 2026<br>*Reply Brief(s)*: April 1, 2026 |
| Motions *in limine* that do not relate to expert testimony | *Opening Brief(s)*: May 21, 2026<br>*Opposition Brief(s)*: June 5, 2026 |
| Joint pre-trial order | June 8, 2026 |
| Proposed *voir dire* questions, requests to charge, and verdict sheet | June 15, 2026 |

1

| Final pre-trial conference and technology walk through | June 24, 2026 at 11:00 AM |
| --- | --- |
| Submission of marked trial exhibits and demonstrative aids | June 24, 2026 |

The parties are reminded to carefully review the Court's Individual Rules and Practices concerning pre-trial procedures and related filings.

The Clerk of Court is respectfully directed to terminate Dkt. No. 224.

Dated: November 6, 2025
New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge