**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOBLE SECURITY, INC. and MEIR
AVGANIM,

        Plaintiffs and Counter-Defendants,        Case No. 1:16-cv-9129-MMG-GWG

        -against-

ACCO BRANDS CORPORATION,

        Defendant and Counter-Claimant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The request to vacate Section II(B) (the "Implied License Holding") of the Court's September 19, 2025, Opinion and Order (Dkt. No. 215) is GRANTED.

The request to dismiss all claims against Defendant ACCO Brands Corporation with prejudice and all counterclaims against Plaintiffs Noble Security, Inc. and Meir Avganim with prejudice is hereby GRANTED.

Each party shall bear its own costs, expenses, and attorneys' fees.

SO ORDERED,

Dates: _Myay 1_____, 2026

New York, New York

_____
HON. MARGARET M. GARNETT

United States District Judge